IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BURKETT, | ) |
|       Plaintiff, | ) ) ) |
| VS. | ) ) CV NO. 03-4038-JPG |
| BLACK & DECKER (U.S.) INC., d/b/a DEWALT INDUSTRIAL TOOL COMPANY, | ) ) ) ) ) |
|       Defendant. | ) |

## **JUDGMENT IN A CIVIL CASE**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

    **Dated:   September 2, 2005**

                                        **NORBERT JAWORSKI, CLERK**

                                        **s/Judith Prock**
                                        **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                 **U. S. DISTRICT JUDGE**